(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of Oregon | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Saggaf, Yusuf H** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Saggaf, Jennifer K** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**aka Jennifer K. Rose** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**8030** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):   **05 - 64501**<br>**0898** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**6770 E Street**<br>**Springfield, OR 97478** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**6770 E Street**<br>**Springfield, OR 97478** |
| County of Residence or of the<br>Principal Place of Business:          **Lane** | County of Residence or of the<br>Principal Place of Business:          **Lane** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from address above): | Attorney Name, Firm Name, Address, Phone, OSB#<br>**Daniel A. LaMarche Armstrong Bankruptcy Law Offices**<br>**440 East Broadway Suite 100Eugene, OR 97401**<br><br>**Phone: (541) 683-6652 Fax: (541) 683-9991 OSB#: 02357** |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☑ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign processing |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☑ Consumer/Non-Business | ☐ Business | ☑ Full Filing Fee Attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | | Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information**          (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☑ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ |
|---|---|---|---|---|---|---|

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

PAID 209 DOCKETED
LODGED ___ REC'D ___
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
05 JUN -2 PM 12: 29

**(Official Form 1) (12/03)**                                                                      FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtors:   **Yusuf H Saggaf**<br>**Jennifer K Saggaf** | Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** |||
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** |||
|---|---|---|
| Name of Debtor:<br>  **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature(s) of Debtor (Corporation/Partnership)** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>___6/1/05___<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable** _____<br>Signature of Authorized Individual<br><br>_____<br>Print or Type Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br><br>**Daniel A. LaMarche, 02357**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Armstrong Bankruptcy Law Offices**<br>Firm Name<br><br>**440 East Broadway  Suite 100**<br>Address<br>**Eugene, OR 97401**<br><br>**(541) 683-6652**          **(541) 683-9991**<br>Telephone Number<br>___6/1/05___<br>Date | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>**Not Applicable**<br>Printed Name of Bankruptcy Petition Preparer<br><br>**Not Applicable**<br>Social Security Number (Required by 11 U.S.C. § 110(c).)<br><br>_____<br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |
| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☐ Exhibit A is attached and made a part of this petition. | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X **Not Applicable** _____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date |
| **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he/she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X _____  ___6/1/05___<br>Signature of Attorney for Debtor(s)          Date | A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re: | ) Case No. _____ |
| **Yusuf H Saggaf** | ) |
| | ) **EXHIBIT "C"** |
| **Jennifer K Saggaf** | ) [If not an Ex. on Petition Pg. 2, then to |
| | ) be <u>FULLY</u> completed by <u>ALL</u> debtors |
| Debtor(s) | ) and attached to <u>ALL</u> copies of the Petition.] |

**(NOTE: You must answer ALL questions. Attach additional sheets if necessary. Use of "UNKNOWN" is <u>NOT</u> acceptable!)**

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety:
   **NONE**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety:
   **NONE**

3. DESCRIBE ASSETS REQUIRING TRUSTEE'S IMMEDIATE ATTENTION:
   **NONE**

4. Street address of principal assets (note property):
   **6770 E Street**
   **Springfield, OR 97478**

5. [If debtor(s) an individual] Is debtor(s), <u>OR</u> has debtor(s) ever been within the 6 years prior to filing, either: self-employed or a sole proprietor; a partner, other than a limited partner, of a partnership; or an officer, director, managing executive, or person in control of a corporation? ☐ YES ☑ NO
   If YES, complete ALL questions in the Statement of Affairs.

6. [Unless <u>EXACT</u> question already answered on Petition] If debtor is CORPORATION, list name and address of chief executive officer; if debtor is PARTNERSHIP, list names and addresses of general partners:
   **Not Applicable**

7. Total GROSS income of the individual debtor(s) for the last tax year: $ **25,446.00** (i.e., before any deductions).

8. Total amount of unsecured debt: $ **37,363.00**

9. Total Noncontingent, Liquidated Farming Operation Debt: $ **0.00**

10. Total GROSS income from farming operation for the individual debtor(s) for last tax year: $ **0.00**

11. **The BANKRUPTCY DOCUMENT PREPARER below has been completed for any person who helped, for compensation, prepare any of the bankruptcy papers if the debtor does <u>not</u> have an attorney.**

I declare under penalty of perjury that the above information provided in this Exhibit "C" is true and correct.

DATED: **6/1/05** _____

Debtor's Signature _____ Phone # _____ Joint Debtor's Signature

**BANKRUPTCY DOCUMENT PREPARER DECLARATION**

I, the undersigned, declare under penalty of perjury that (1) neither I, nor anyone else listed herein, collected or received any payment from or on behalf of the debtor for court fees in connection with filing the petition; (2) I have received $_____ from or on behalf of the debtor within the previous 12 month period; (3) $ _____ is the unpaid fee charged to the debtor; and (4) the following is true and accurate about myself and any other assistants:

Individual Name <u>and</u> Firm (Type or Print):  **Not Applicable**

Address (Type or Print):

Social Security Number of all OTHER individuals who prepared or assisted in the preparation of these bankruptcy documents:

Signature: _____ Social Security #: _____ Phone #: _____

**[NOTE: Penalties up to $500 per item may be assessed for omission of any required information (11 USC §110; 18 USC §156) and FRBP Rule 1006 prohibits any payment to any person for services until the court filing fees are paid in full.]**

EXHIBIT C (12/1/01)

# UNITED STATES BANKRUPTCY COURT

## District of Oregon

Case No.
Chapter    **7**

**In re:  Yusuf H. Saggaf and Jennifer K. Saggaf**
SS #8030 and #0898

Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | **$ 500.00** |
| Prior to the filing of this statement I have received | **$ 500.00** |
| Balance Due | **$    0.00** |

2.  The source of compensation paid to me was:
    ☑  Debtor                              [ ] Other (specify)
3.  The source of compensation to be paid to me is:
    ☑  Debtor                              ☐  Other (specify)

4.  ☑      I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐      I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;
    c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d)  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e)  [Other provisions as needed]

   **Debtor has agreed to pay a fee of $500 plus $209 filing fee for the initial consultation, preparation and filing of the Bankruptcy Petition, Statement of Financial Affairs, and Schedules, appearance at the meeting of creditors, consultations regarding the regular bankruptcy case.**

   **Clients agree to pay reasonable attorney fees for non-routine bankruptcy matters set forth in the Chapter 7 fee agreement at the following hourly rates:**

   **1) Gavin W. Armstrong  $250;    2) G. Michael Provine    $225;    3) John F. Butler, Jr.    $200;**
   **4) Daniel A. LaMarche  $200;    5) Diane Weisheit    $200.**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:
    **SEE ABOVE**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  ___6/1/05_____

_____
Dan LaMarche, OSB #02357
**Armstrong Bankruptcy Law Offices**
**Attorney for Debtors**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In re  **Yusuf H Saggaf**
    **8030**

    **Jennifer K Saggaf**
    **0898**

Debtor(s)

)
)
)
)
)
)
)
)
)
)

Case No.

**INDIVIDUAL DEBTOR'S\***
**STATEMENT OF INTENT**
**ABOUT THE DISPOSITION**
**OF ESTATE PROPERTY**
**USED AS COLLATERAL TO**
**SECURE CONSUMER DEBTS,**
**AND CREDITOR REMEDY**

(NOTE: There may
be no Case No.
if this was filed
with the original
papers, BUT you
will receive full
information on
this case within
about 30 days!)

**\*IMPORTANT NOTICES TO DEBTOR(S):**

(1) **SIGN AND FILE this form even if** you show "NONE," **AND** , if creditors are listed, **have the service (e.g., mailing) certificate COMPLETED; AND**

2. **Failure to perform** the intentions stated below within 45 days of filing this document can result in prompt relief for the creditor from the Automatic Stay protecting your property.

| CREDITOR | PROPERTY | PROPERTY WILL BE SURRENDERED | PROPERTY TO BE RETAINED (CHECK ANY APPLICABLE STATEMENT) | | | |
|---|---|---|---|---|---|---|
| | | | PROPERTY IS CLAIMED AS EXEMPT | PROPERTY WILL BE REDEEMED PER 11 USC §722 | PROPERTY WILL BE REAFFIRMED PER 11 USC §524(c) | WILL NOT REAFFIRM - CONTRACT CURRENT |
| **Harry Ritchie Jewelers** | **Precautionary** | | | | | |
| **Les Schwab Tire Center** | **Tires** | x | | | | |
| **Reliant Financial Corporation** | **1995 Ford Explorer Blue Book** | | | | | x |

*I, THE UNDERSIGNED DEBTOR, CERTIFY THAT* THE ABOVE IS MY INTENTION AS TO PROPERTY SECURING CONSUMER DEBTS.

DATE: _6/1/05_

~~DEBTOR SIGNATURE~~      **8030**
               LAST 4 DIGITS OF SOC. SEC.#

**6770 E Street**
DEBTOR'S MAILING ADDRESS
**Springfield, OR 97478**

*I, THE UNDERSIGNED, CERTIFY* THAT COPIES OF BOTH THIS DOCUMENT AND LOCAL FORM #715 WERE SERVED ON BOTH: (a) ANY CREDITOR NAMED ABOVE, AND (b) THE TRUSTEE IF THIS STATEMENT WAS NOT FILED WITH THE PETITION.

DATE _6/1/05_

                                 **02357**
DEBTOR OR ATTORNEY'S SIGNATURE     OSB# (if attorney)
**Daniel A. LaMarche (541) 683-6652**
PRINT OR TYPE SIGNER'S NAME & PHONE NO.

**440 East Broadway**
SIGNER'S ADDRESS (if attorney)
**Suite 100**

**Eugene, OR 97401**

---

### NON-JUDICIAL REMEDY WHEN CONSUMER DEBTOR FAILS TO TIMELY PERFORM STATED INTENTIONS

Creditors, see Local Form #715 [which is either on the back of, or attached to, this document] if you wish information on how to obtain NON-JUDICIAL relief from the automatic stay of 11 U.S.C. §362(a) as to your collateral.

### COURT ORDERED CREDITOR'S REMEDY WHEN CONSUMER DEBTOR FAILS TO TIMELY PERFORM STATED INTENTIONS

A creditor may receive relief from the Automatic Stay, using instructions and forms provided by the Clerk's office (PORTLAND (503) 326-2231, or EUGENE (541) 465-6448), if a debtor fails to perform the intentions stated above within 45 days of this form's mailing date. The creditor shall conform to all procedures set forth in the current version of Local Forms #720.50, 720, and 721;

**EXCEPT THE FOLLOWING SPECIFIC MODIFICATIONS MAY BE MADE TO LOCAL FORM 720.50:**

1. The Notice of Motion shall be placed on Local Form #720; AND
2. The Motion need only: (a) attach a true copy of the Debtor's Statement of Intention received by the creditor; (b) state the debtor failed to perform such intention within 45 days of the mailing date; and (c) request Relief from the Automatic Stay.

### QUESTIONS????

**Call an attorney with questions about these procedures or the law. However, only call the debtor's attorney if you have questions about the debtor's intent as to your collateral.**

521 (11/10/03)

## PROCEDURES CREATED BY THE BANKRUPTCY COURT CONCERNING REQUESTS FOR NON-JUDICIAL RELIEF FROM THE AUTOMATIC STAY AS TO SECURED COLLATERAL IN CHAPTER 7 CASES

If you are interested in expediting relief from the automatic stay of 11 U.S.C. §362(a) as to property in which you hold a security interest, **YOU MUST FURNISH** the trustee a statement of the balance due and estimated property value. **ALSO ATTACH** a copy of your security agreement and other documents required for perfection (e.g., if the security is an automobile, a copy of the certificate of title showing your security interest). **YOU MUST ALSO ATTACH** a completely filled out (except for signatures) copy of LBF #750.

**DO NOT FILE THE REQUEST NOR ANY COPIES THEREOF WITH THE COURT! ALSO, YOU ARE NOT REQUIRED TO FILE THE COMPLETED LBF #750 WITH THE COURT TO MAKE THIS RELIEF EFFECTIVE!**

Under §522(f) of the Bankruptcy Code the debtor may request a judicial lien or a non-possessory, non purchase-money security interest on certain exempt property be voided to the extent the exemption is impaired by the lien or security interest. Under §722 the debtor may request the court determine the value of certain personal property and permit the debtor to redeem the property from any lien against it by paying that value to the lien holder. Because of these two sections, the consent of both the trustee and debtor is required to permit a repossession or foreclosure without court order.

IF YOUR REQUEST TO RECEIVE NON-JUDICIAL RELIEF FROM STAY WILL BE MADE <u>AT</u> THE MEETING OF CREDITORS (<u>OR</u> IS SERVED <u>WITHIN 15 DAYS PRIOR TO</u> SUCH MEETING and therefore will be considered at the meeting), it must be in writing and contain all the information required in paragraph one. Copies of all documents must be submitted to the debtor and any debtor's attorney prior to that meeting.

IF YOU WISH TO RECEIVE NON-JUDICIAL RELIEF FROM STAY <u>PRIOR TO</u> THE MEETING OF CREDITORS, OR IF YOUR REQUEST IS MADE <u>AFTER</u> THE MEETING OF CREDITORS, IT MUST BE IN WRITING and contain all the information required in paragraph one. If the request includes a signed debtor stipulation, nothing further is required and the trustee may immediately process the request. However if the request does not include a signed debtor stipulation, then it MUST BOTH: (1) certify copies of all documents were simultaneously served on (e.g., mailed to) the debtor and any debtor's attorney, <u>AND</u> (2) <u>clearly</u> set out the following notice:

> "By way of this letter the debtor is informed that the trustee may grant non-judicial relief from the automatic stay as to the property UNLESS THE TRUSTEE IS NOTIFIED IN WRITING WITHIN 15 DAYS AFTER THE SERVICE OF THIS REQUEST THAT THE DEBTOR OBJECTS TO SUCH RELIEF. Such relief shall constitute a termination of the stay provided by 11 U.S.C. §362(a) and will permit this creditor to foreclose his lien or security interest by repossession or as otherwise provided by law."

Objections to non-judicial relief from the automatic stay, unless made at the meeting of creditors, must be in writing, with a copy simultaneously served on the debtor, requesting creditor, trustee, and their respective attorneys of record. The objection must be post-marked by the 15th day after the request was served, and received by the trustee within 20 days, or the trustee may grant the request.

If the trustee receives a timely objection from the debtor, the trustee shall not grant non-judicial relief or consider repetitive requests by the same creditor unless the debtor withdraws such objection in writing.

The trustee will grant non-judicial relief from the automatic stay if the above requirements are met, the debtor either does not timely object or stipulates in writing to such relief, and there appears to be no equity in the property for the benefit of creditors.

Signing of LBF #750 by the trustee, granting non-judicial relief, shall constitute a termination of the stay of an act against such property under 11 U.S.C. §362(a). The trustee, however, shall not be deemed to have abandoned his/her interest in the property, nor have waived any other rights as to the property. Any non-exempt equity in the property remaining after disposition shall be immediately returned to the trustee.

If either the trustee or debtor(s) will not agree to such relief for any reason, you must file a motion for relief from stay under §362(d). Instructions and forms may be obtained from the Clerk's office.

<u>IMPORTANT</u>. All requests to the trustee <u>MUST</u> be accompanied by a self-addressed and stamped envelope, or the trustee need not respond.

***SEE REVERSE/ATTACHED***

# United States Bankruptcy Court
## District of Oregon

Case No.

Chapter      **7**

In re    **Yusuf H Saggaf**                    **Jennifer K Saggaf**

**8030**                                        **0898**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $          0.00 | | |
| B - Personal Property | YES | 4 | $      4,614.00 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $      3,525.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 3 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 11 | | $     37,288.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $      2,449.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $      2,592.00 |
| Total Number of sheets in ALL Schedules ➤ | | 26 | | | |
| Total Assets ➤ | | | $      4,614.00 | | |
| Total Liabilities ➤ | | | | $     40,813.00 | |

Case No.

In re:  **Yusuf H Saggaf**
**8030**

**Jennifer K Saggaf**
**0898**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in SCHEDULE G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See SCHEDULE D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in SCHEDULE C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | Total ➤ | | 0.00 | |

Case No.

In re  **Yusuf H Saggaf**  **Jennifer K Saggaf**
       **8030**              **0898**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in SCHEDULE C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in SCHEDULE G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash On Hand** | **J** | **20.00** |
| 2. Checking, savings or other financial accounts, certficates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Accounts** **OCCU Savings $1** **Pacific Continental $7** **Key Bank** **Checking $1** | **H** | **9.00** |
| | | **Bank Accounts** **US Bank Checking $20** **OCCU $20** | **W** | **40.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods, Furniture and Appliances** | **J** | **500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books and Pictures** | **J** | **100.00** |
| 6. Wearing apparel. | | **Clothing** | **J** | **100.00** |

Case No.

In re  **Yusuf H Saggaf**    **Jennifer K Saggaf**
    **8030**    **0898**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7. Furs and jewelry. | | **Jewelry** | **W** | **20.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **1 Rifle** | **W** | **200.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **Possible Earned Income Credit** | **J** | **Unknown** |
| | | **Possible Income Tax Refunds** | **J** | **Unknown** |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

Case No.

In re    **Yusuf H Saggaf**                **Jennifer K Saggaf**
        **8030**                          **0898**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles. | | **1995 Ford Explorer Blue Book** | J | **3,625.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | **1 Dog and 16 pigeons** | J | **Unknown** |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |

Case No.

In re  **Yusuf H Saggaf**      **Jennifer K Saggaf**

**8030**                **0898**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Other personal property of any kind not already listed. Itemize. | | **Wages** | **H** | **Unknown** |
| | | **Wages** | **W** | **Unknown** |
| | | | Total ➢ | **$ 4,614.00** |

FORM B6C
(6/90)

In re **Yusuf H Saggaf**                    **Jennifer K Saggaf**                    , Case No. _____
                          Debtor.                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).    **Note: These exemptions are available only in certain states.**

☑ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **1 Dog and 16 pigeons** | ORS 18.345(1)(e) | **ALL** | Unknown |
| **1 Rifle** | ORS 18.362 | 200.00 | 200.00 |
| **1995 Ford Explorer Blue Book** | ORS 18.345(1)(d) | 3,400.00 | 3,625.00 |
| **Bank Accounts OCCU Savings $1 Pacific Continental $7 Key Bank Checking $1** | ORS 18.345(1)(o) | 9.00 | 9.00 |
| **Bank Accounts US Bank Checking $20 OCCU $20** | ORS 18.345(1)(o) | 40.00 | 40.00 |
| **Books and Pictures** | ORS 18.345(1)(a) | 100.00 | 100.00 |
| **Cash On Hand** | ORS 18.345(1)(o) | 20.00 | 20.00 |
| **Clothing** | ORS 18.345(1)(b) | 100.00 | 100.00 |
| **Household Goods, Furniture and Appliances** | ORS 18.345(1)(f) | 500.00 | 500.00 |
| **Jewelry** | ORS 18.345(1)(b) | 20.00 | 20.00 |
| **Possible Earned Income Credit** | ORS 18.345(1)(n) | **ALL** | Unknown |
| **Possible Income Tax Refunds** | ORS 18.345(1)(o) | 731.00 | Unknown |
| **Wages** | ORS 18.385 | 75% | Unknown |
| **Wages** | ORS 18.385 | 75% | Unknown |

Case No.

In re:  **Yusuf H Saggaf**          **Jennifer K Saggaf**

**8030**                              **0898**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report in this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Harry Ritchie Jewelers**<br>**956 Willamette Street**<br>**Eugene, OR 97401** | | H | Precautionary<br>_____<br>**VALUE: Unknown** | | | | **Unknown** | **Unknown** |
| ACCOUNT NO.<br><br>**Les Schwab Tire Center**<br>**530 Harlow Road**<br>**Springfield, OR 97477-1134** | | W | Tires<br>_____<br>**VALUE $100.00**<br>(surrendering) | | | | 175.00 | 75.00 |

Schedule D Page 1                                    Subtotal    ➤    ┌──────────────┐
                                                                   │  **$175.00**  │
                                                                   └──────────────┘

Case No.

In re:  **Yusuf H Saggaf**              **Jennifer K Saggaf**

**8030**                      **0898**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | | | | | 3,350.00 | 0.00 |
| **Reliant Financial Corporation** <br> **2525 Woodland Drive** <br> **Anaheim, CA 92801** <br><br><br> **Reliant Financial Corporation** <br> **c/o Gery Veum, RA** <br> **1700 Valley River Drive, Suite 300** <br> **Eugene, OR 97401** <br><br> **Reliant/Oregon Auto Finance** <br> **P.O. Box 2908** <br> **Anaheim, CA 92804** | | | **1995 Ford Explorer** <br> **Blue Book** <br> _____ <br> **VALUE $3,625.00** | | | | | |

|  |  |  |
|---|---|---|
| Subtotal | ➤ | **$3,350.00** |
| Total | ➤ | **$3,525.00** |

Case No.

In re:  **Yusuf H Saggaf**          **Jennifer K Saggaf**
    **8030**                        **0898**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and the last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account numer of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing a "H," "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report in this Schedule E.

**TYPES OF PRIORITY CLAIMS**

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Case No.

In re: **Yusuf H Saggaf**  **Jennifer K Saggaf**
      **8030**                    **0898**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Karen Weiss**<br>**Internal Revenue Service**<br>**4330 Watt Avenue, M/S-SA 5210**<br>**Sacramento, Ca 95821** | | J | **Notice Purposes Only** | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>**Oregon Department of Revenue**<br>**Attn: Bankruptcy Unit**<br>**955 Center St NE**<br>**Salem, OR 97301-2555** | | J | **Notice Purposes Only** | | | | 0.00 | 0.00 |

|  |  |
|---|---|
| Subtotal ➢<br>(Total of this page) | **$0.00** |
| Total ➢ | **$0.00** |

Case No.

In re  **Yusuf H Saggaf**          **Jennifer K Saggaf**
       **8030**                    **0898**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed state whether husband, wife, both of them, or the maritial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured non priority claims to report in this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | **J** | | | | | **120.00** |
| **AT and T Broadband** **P.O. Box 549** **Beaverton, OR 97075-0549** | | | Misc | | | | |
| ACCOUNT NO. | | **H** | | | | | **164.00** |
| **Bon - Macy's** **P.O. Box 4584** **Carol Stream, IL 60197-4584** | | | Misc | | | | |

Schedule F Page 1

Subtotal ➤              **$284.00**

Case No.

In re   **Yusuf H Saggaf**                    **Jennifer K Saggaf**
        **8030**                               **0898**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Capital One Services** <br> **P.O. Box 60000** <br> **Seattle, WA 98190-6000** <br><br> **Capital One Services** <br> **P.O. Box 25131** <br> **Richmond, VA 23276-0001** <br><br> **Capital One Services** <br> **1957 Westmoreland Road** <br> **Richmond, VA 23276-5617** | | J | **Misc; several accounts** | | | | 1,650.00 |
| ACCOUNT NO. <br> **Cascade Medical Associates, PC** <br> **P.O. Box 11840** <br> **Westminster, CA 92685-1840** <br><br> **CMRE Financial Services, Inc.** <br> **3075 E. Imperial Hwy #200** <br> **Brea, CA 92821-6733** | | J | **Medical; several accounts** | | | | 605.00 |
| ACCOUNT NO. <br> **CBCS** <br> **P.O. Box 69** <br> **Columbus, OH 43216** | | J | **Misc** | | | | 169.00 |

Schedule F Page 2

Subtotal

$2,424.00

Case No.

In re    **Yusuf H Saggaf**        **Jennifer K Saggaf**
      **8030**                  **0898**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Commonwealth Financial** <br> **110 West A Street** <br> **Suite 1800** <br> **San Deigo, CA 92101-3706** | | J | Misc | | | | **Unknown** |
| ACCOUNT NO. <br> **CTI Long Distance** <br> **P.O. Box 80070** <br> **Portland, OR 97280-1070** | | J | Misc | | | | **93.00** |
| ACCOUNT NO. <br> **Direct TV** <br> **P.O. Box 78626** <br> **Phoenix, AZ 85062-8626** <br><br> **Direct TV** <br> **P.O. Box 54000** <br> **Los Angeles, CA 90054-1000** | | J | Misc | | | | **100.00** |

Subtotal ➤     | **$193.00** |

Case No.

In re   **Yusuf H Saggaf**                              **Jennifer K Saggaf**
        **8030**                                        **0898**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | | | | | 679.00 |
| **Education Direct** **c/o North East Credit and Collection** **120 N. Keyser Avenue** **Scranton, PA 18504** <br><br> **North East Credit and Collection** **P.O. Box 18036** **Hauppauge, NY 11788-8836** <br><br> **International Correspondence School** **Thompson Education Direct** **P.O. Box 1900** **Scranton, PA 18501** | | | **Misc** **Result of fraud/stolen ID** | | | | |
| ACCOUNT NO. | | J | | | | | 65.00 |
| **Eugene Emergency Physicians** **P.O. Box 2505** **Salem, OR 97308** | | | **Medical** | | | | |
| ACCOUNT NO. | | J | | | | | 117.00 |
| **Evergreen Professional Recoveries, Inc** **12100 NE 195th Street** **Suite 325** **Bothell, WA 98011** | | | **Misc** | | | | |

Subtotal  ➤                                             | **$861.00** |

Case No.

In re  **Yusuf H Saggaf**          **Jennifer K Saggaf**
       **8030**                    **0898**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Fingerhut** **P.O. Box 2900** **St. Cloud, MN 56395-2900** | | H | Misc | | | | 360.00 |
| ACCOUNT NO. **Ford Credit** **Department #194101** **P.O. Box 55000** **Detroit, MI 48255-1941** **Ford Credit** **P.O. Box 239801** **Las Vegas, NV 89123-0040** | | J | **Lease Return** **Deficiency Balance regarding lease** **return of 2000 Ford Ranger** **Lane County Circuit Court** **Case Number: 12-04-06723** | | | | 5,893.00 |
| ACCOUNT NO. **General Credit Service/Tech Data Corp** **5350 Tech Data Drive** **Clearwater, FL 33760** | | H | Misc | | | | 95.00 |

Subtotal ➤

| $6,348.00 |
|---|

Case No.

In re   **Yusuf H Saggaf**              **Jennifer K Saggaf**
        **8030**                        **0898**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | | | | | 3,785.00 |
| **GMAC** **P.O. Box 51014** **Carol Stream, IL 60125-1014** | | | Misc | | | | |
| **NCO Financial Systems** **P.O. Box 41457** **Philadelphia, PA 19101-1457** | | | | | | | |
| **NCO Financial Systems** **P.O. Box 41417** **Dept 99** **Philadelphia, PA 19101** | | | | | | | |
| **NCO Financial Systems** **507 Prudential Road** **Horsham, PA 19044** | | | | | | | |
| **Alliance One Receivables Management, Inc** **1160 Centre Pointe Drive** **Suite 1** **Mendota Heights, MN 55120** | | | | | | | |
| **Alliance One Receivables Management, Inc** **P.O. Box 1961** **Southgate, MI 48195-0961** | | | | | | | |

Subtotal ➤

| **$3,785.00** |
|---|

Case No.

In re    **Yusuf H Saggaf**          **Jennifer K Saggaf**
     **8030**                        **0898**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **McKenzie-Willamette Hospital** <br> **1460 G Street** <br> **Springfield, OR 97477-4197** <br><br><br> **McKenzie-Willamette Medical Center** <br> **File #74460** <br> **P.O. Box 60000** <br> **San Francisco, CA 94160** <br><br> **Medical Revenue Services** <br> **P.O. Box 1149** <br> **Sebring, FL 33871** <br><br> **Risk Management Alternatives, Inc.** <br> **P.O. Box 105602** <br> **Atlanta, GA 30348-5602** <br><br> **Risk Management Alternatives, Inc.** <br> **2550 SW Grapevine Parkway #100** <br> **Grapevine, TX 76051** | | J | **Medical; several accounts** | | | | 1,364.00 |
| ACCOUNT NO. <br> **Nadine Media, Ltd** <br> **c/o Luebke Baker and Associates, Inc** <br> **P.O. Box 9398** <br> **Peoria, IL 61612** | | J | **Misc** | | | | 570.00 |

Subtotal ➤

| $1,934.00 |
|---|

Case No.

In re  **Yusuf H Saggaf**                          **Jennifer K Saggaf**
      **8030**                                    **0898**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **OSI Collection Services, Inc.** <br> **12201 Tukwila Int'l Blvd** <br> **Suite 100** <br> **Seattle, WA 98168-0965** <br><br> **OSI Collection Services, Inc.** <br> **P.O. Box C-68965** <br> **Seattle, WA 98168-0965** | | J | **Municipal Court** <br> **#7550493** <br> **#7550425** | | | | 119.00 |
| ACCOUNT NO. <br> **Providian Financial** <br> **P.O. Box 9016** <br> **Pleasanton, CA 94566-9016** | | H | **Misc** | | | | Unknown |
| ACCOUNT NO. <br> **Radiology Associates, PC** <br> **P.O. Box 25** <br> **Eugene, OR 97440** | | J | **Medical** | | | | 29.00 |
| ACCOUNT NO. <br> **Sacred Heart Medical Center** <br> **P.O. Box 569** <br> **Eugene, OR 97440** | | J | **Medical** | | | | 118.00 |

Schedule F Page 8

Subtotal ➢                     **$266.00**

Case No.

In re   **Yusuf H Saggaf**         **Jennifer K Saggaf**
       **8030**                    **0898**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Sherman Acquisitions** **PO Box 10584** **Greenville, SC  29603** | | J | Misc | | | | 143.00 |
| ACCOUNT NO. **State Farm Fire and Casualty Company** **c/o Donald R. Slayton, Esquire** **142 East 8th Avenue** **Eugene, OR 97401** | | J | **Lane County Circuit Court** **Case Number:  12-03-00962** **Insurance Claim** | | | | 8,098.00 |
| ACCOUNT NO. **US Department of Education** **P.O. Box 4609** **Utica, NY 13504-4609** | | H | Student Loan | | | | 10,132.00 |
| ACCOUNT NO. **US West** **c/o Risk Management Alternatives, Inc.** **P.O. Box 105764** **Atlanta, GA 30348** **Risk Management Alternatives, Inc.** **4600B Montgomery NE** **Suite 100** **Albuquerque, NM 87109** | | J | Misc | | | | 127.00 |

Subtotal ➤                          **$18,500.00**

Schedule F Page 9

Case No.

In re  **Yusuf H Saggaf**               **Jennifer K Saggaf**
       **8030**                         **0898**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | | | | | **Unknown** |
| **Valley Credit Services** **960 Broadway NE** **Salem, OR 97301** **State Farm Insurance Companies** **Attn: Pam Byars, Claim Representative** **1000 Wilmington Drive** **DuPont, WA 98327-0447** **State Farm Insurance Companies** **P.O. Box 0447** **DuPont, WA 98327-0447** | | | **Lane County Circuit Court** **Case Number:  12-01-23288** | | | | |
| ACCOUNT NO. | | J | | | | | **1,153.00** |
| **Verizon Wireless** **c/o First Revenue Assurance** **P.O. Box 3598** **Seattle, WA 98124-3598** **First Revenue Assurance** **P.O. Box 5818** **Denver, CO 80217** | | | **Misc** | | | | |
| ACCOUNT NO. | | H | | | | | **1,412.00** |
| **Wells Fargo** **Bankruptcy Dept 935** **P.O. Box 53456** **Phoenix, AZ 85072-3456** | | | **Misc** | | | | |

Subtotal ➤                    **$2,565.00**

Case No.

In re   **Yusuf H Saggaf**             **Jennifer K Saggaf**
      **8030**                      **0898**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | **J** | | | | | 128.00 |
| **Workmen's Auto Insurance Company** <br> **P.O. Box 136** <br> **Stockton, CA 95201** <br><br> **Delta Collection Services, Inc.** <br> **P.O. Box 136** <br> **Stockton, CA 95201** | | | Misc | | | | |

|  |  |
|---|---|
| Subtotal ➤ | **$128.00** |
| Total ➤ | **$37,288.00** |

Case No.

In re:  **Yusuf H Saggaf**            **Jennifer K Saggaf**
      **8030**                      **0898**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

<u>NOTE:</u>  A PARTY LISTED ON THIS SCHEDULE WILL NOT RECEIVE NOTICE OF THE FILING OF THIS CASE UNLESS THE PARTY IS ALSO LISTED ON THE MASTER MAILING MATRIX AND SCHEDULED IN THE APPROPRIATE SCHEDULE OF LIABILITIES (e.g. contingent).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

Case No.

In re:  **Yusuf H Saggaf**
        **8030**

**Jennifer K Saggaf**
**0898**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

NOTE:    A PARTY LISTED ON THIS SCHEDULE WILL NOT RECEIVE NOTICE OF THE FILING OF THIS CASE UNLESS THE PARTY IS ALSO LISTED ON THE MASTER MAILING MATRIX AND SCHEDULED IN THE APPROPRIATE SCHEDULE OF LIABILITIES (e.g., as contingent).

☑   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Case No. _____

In re  **Yusuf H Saggaf**         **Jennifer K Saggaf**
      **8030**                        **0898**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | **Daughter** | **5** |
| | **Daughter** | **11** |
| | **Son** | **2** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **CNA** | **Daycare Provider** |
| Name of Employer | **Good Neighbor Care** | **Willamette Family Treatment Service** |
| How long employed | **1 1/2 years** | **1 year** |
| Address of Employer | **Springfield, OR** | **Eugene, OR** |

| Income: (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | 2,049.00 | $ 840.00 |
| Estimated monthly overtime | $ | 0.00 | $ 0.00 |
| SUBTOTAL | $ | 2,049.00 | $ 840.00 |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 350.00 | $ 90.00 |
| b. Insurance | $ | 0.00 | $ 0.00 |
| c. Union dues | $ | 0.00 | $ 0.00 |
| d. Other (Specify) _____ | $ | 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 350.00 | $ 90.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,699.00 | $ 750.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ 0.00 |
| Income from real property | $ | 0.00 | $ 0.00 |
| Interest and dividends | $ | 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ | 0.00 | $ 0.00 |
| Pension or retirement income | $ | 0.00 | $ 0.00 |
| Other monthly income | | | |
| (Specify) _____ | $ | 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ | 1,699.00 | $ 750.00 |

TOTAL COMBINED MONTHLY INCOME     **$ 2,449.00**     (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**Husband will have to go back to day shift which pays less.**

Case No.

In re   **Yusuf H Saggaf**                    **Jennifer K Saggaf**
        **8030**                              **0898**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a  separate
     schedule of expenditures labeled "Spouse".

| | | | | |
|---|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 595.00 |
| Are real estate taxes included?       Yes _____   No ✓ | | | | |
| Is property insurance included?        Yes _____   No ✓ | | | | |
| Utilities   Electricity and heating fuel | | | $ | 175.00 |
|     Water and sewer | | | $ | **Included** |
|     Telephone | | | $ | 70.00 |
|     Other   **Garbage** | | | $ | 17.00 |
| Home maintenance (repairs and upkeep) | | | $ | 0.00 |
| Food | | | $ | 550.00 |
| Clothing | | | $ | 100.00 |
| Laundry and dry cleaning | | | $ | 35.00 |
| Medical and dental expenses | | | $ | 100.00 |
| Transportation (not including car payments) | | | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 100.00 |
| Charitable contributions | | | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | | |
|     Homeowner's or renter's | | | $ | 0.00 |
|     Life | | | $ | 0.00 |
|     Health | | | $ | 0.00 |
|     Auto | | | $ | 43.00 |
|     Other _____ | | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify) _____ | | | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | | | |
|     Auto | | | $ | 252.00 |
|     Other _____ | | | $ | 0.00 |
| Alimony, maintenance or support paid to others | | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| Other   **Daycare** | | | $ | 260.00 |
|     **Haircuts** | | | $ | 45.00 |
|     **School Expenses** | | | $ | 50.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | | $ | 2,592.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | _____ |
| B. Total projected monthly expenses | $ | _____ |
| C. Excess income (A minus B) | $ | _____ |
| D. Total amount to be paid into plan each _____ | $ | _____ |
| | (interval) | |

Case No.

In re:   **Yusuf H Saggaf**                     **Jennifer K Saggaf**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**26**_____

(Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____6/1/05_____          Signature: _____
                                        Yusuf H Saggaf

Date: _____6/1/05_____          Signature: _____
                                        Jennifer K Saggaf

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

---

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Form 7
(12/03)

## UNITED STATES BANKRUPTCY COURT
### District of Oregon

In re:  **Yusuf H Saggaf**              **Jennifer K Saggaf**         Case No. _____
         **8030**                            **0898**                 Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 -25.  **If the answer to an applicable question is "None,"
mark the box labeled "None"**   If additional space is needed for the answer to any question,
use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS
*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following:  an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.
*"Insider."*  The term "insider" includes but is not limited to:  relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C.  § 101(30).

---

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 27,579.00 | **2003 Wages** | **2003** |
| 25,446.00 | **2004 Wages** | **2004** |
| 3,065.00 | **2005 Wages**<br>**Year to Date** | **2005** |

---

### 2.  Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 743.00 | 2003 (W) Unemployment | 2003 |
| 7,695.00 | 2003 (H) Unemployment | 2003 |
| 273.00 | 2004 (W) Unemployment | 2004 |

### 3.  Payments to creditors

None ☐

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Secured Creditors Only** | | | |

b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **State Farm Fire and Casualty Co vs Debtors** <br> **12-03-00962** | **Insurance Claim** | **Lane County Circuit Court** | **Judgment** |
| **Ford Motor Credit Company vs Yusuf Saggaf** <br> **12-04-06723** | **Civil Suit** | **Lane County Circuit Court** | **Judgment** |

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **State Farm Fire and Casualty Co**<br>c/o Donald Slayton, Esquire<br>142 West 8th Avenue<br>Eugene, OR 97401 | 9/04 - 05/05 | **(H) 9/04 - 5/05 $2,700 from wages**<br>**(W) 9/04 - 1/05 $72.23 from wages**<br>**(W) 3/21/05 $6.76 from wages**<br>**(W) 5/05 $67.00 from wages** |

## 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6.  Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8. Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **$308 cash** | **Stolen wallet. Reported to police. Not covered by insurance** | **1/05** |

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Armstrong Bankruptcy Law Offices**<br>**440 East Broadway**<br>**Suite 100**<br>**Eugene, OR 97401** | **2/05** | **Paid $709 as Chapter 7 fees and costs herein** |

## 10.  Other transfers

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

## 11.  Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Washington Mutual Bank**<br>**Thurston Branch** | **Checking; $0 balance** | **June 24, 2004; $0** |

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities,
cash, or other valuables within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS<br>OF BANK OR<br>OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF<br>CONTENTS | DATE OF TRANSFER<br>OR SURRENDER,<br>IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor
within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF<br>SETOFF | AMOUNT OF<br>SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS<br>OF OWNER | DESCRIPTION AND VALUE<br>OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **James Rose<br>786 Laksonen<br>Springfield, OR 97477** | **.270 Hasquarvana Hunting Rifle;<br>$150** | **Debtors' residence** |

## 15. Prior address of debtor

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this
case, list all premises which the debtor occupied during that period and vacated prior to the
commencement of this case.  If a joint petition is filed, report also any separate address of either
spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period**
immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse
who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☑

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|----------------------|---------|--------------------|----------------------------|
|      |                      |         |                    |                            |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|------|---------|
|      |         |

* * * * * *

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___6/1/05___                    Signature
                                     of Debtor    Yusuf H Saggaf _____

Date ___6/1/05___                    Signature
                                     of Joint
                                     Debtor    Jennifer K Saggaf _____