OFT (9/10/04)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

September 28, 2005

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re )
**Yusuf H Saggaf** )
**Jennifer K Saggaf** ) Case No. **05–64501–aer7**
)
*Other names used by joint debtor:* Jennifer K. Rose )
Debtor(s) ) ORDER AND NOTICE OF
) TIME TO FILE CLAIMS
)
)

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. *DEADLINE* **to File a Proof of Claim: (<u>NOTE:</u>** *Use form ENCLOSED with this Notice!!)* **1/3/06** for all creditors, except governmental units who must file within 180 days after date relief ordered. Your claim must be *received* by the bankruptcy clerk's office by this deadline!

2. Your claim form must be served on the Clerk of Court, POB 1335, Eugene, OR 97440 for filing.

3. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

Clerk, U.S. Bankruptcy Court

**NOTES: (a) DO <u>NOT</u> FILE A CLAIM <u>IF</u> THE SAME ONE HAS ALREADY BEEN FILED IN THIS CASE! (b) A claim may be filed after the stated deadline, but unless it is a priority claim it probably will be treated as late and therefore paid after timely claims (also see LBR 3001–1.A.1.). (c) THIS MAY BE YOUR ONLY NOTICE TO FILE A CLAIM!**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FILE CLAIM FORM ON NEXT PAGE WITH:**

Clerk, U.S. Bankruptcy Court
POB 1335
Eugene, OR 97440

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\* \* \* **SEE NEXT PAGE** \* \* \*