**U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
F I L E D
November 17, 2005
Clerk, U.S. Bankruptcy Court**

**IT IS ORDERED AND NOTICE IS GIVEN that unless within 22 days of the date in the "FILED" stamp above an interested party BOTH:  (1) files a written objection to the Motion below, SETTING FORTH the specific grounds for such objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", at 1001 SW 5th Ave. #700, Portland OR 97204; OR, if it begins with a "6" or "7", at PO Box 1335, Eugene OR 97440), AND (2) serves a copy on the trustee and any attorney for the trustee at the service address(es) below, the trustee will thereafter settle and compromise the matter upon the terms below and the settlement will be deemed approved without further order.**

_____
ALBERT E. RADCLIFFE
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | ) |
| | ) Case No._____ |
| | ) |
| | ) MOTION AND NOTICE OF INTENT |
| | ) TO SETTLE AND COMPROMISE, |
| | ) **AND ORDER THEREON** |
| Debtor(s) | ) |

The undersigned trustee, _____, moves to settle and compromise the following described dispute upon the following terms:

DATE: _____  _____
                                                                Trustee

Service Address:  _____

_____

Name of Attorney for Trustee:  _____

Service Address:  _____

_____