**U.S. BANKRUPTCY COURT**
**DISTRICT OF OREGON**
**F I L E D**
**March 29, 2006**
**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

*albert E. Radcliffe*
ALBERT E. RADCLIFFE
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                       )
                                            )  Case No. **05-64501-aer7**
**SAGGAF, YUSUF H**                         )
**SAGGAAF, JENNIFER K**                     )  ORDER ALLOWING PROFESSIONAL
                                            )  COMPENSATION & EXPENSES; AND
                                            )  DIRECTING DISTRIBUTION OF ASSETS
Debtor(s)                                   )

The trustee's final report having either come on for hearing at a final meeting of creditors, or the creditors having waived their opportunity for a hearing after due notice, or the NET proceeds realized were insufficient to require a final notice; now therefore,

IT IS ORDERED that the following court costs, and professional compensation and expenses, are specifically allowed by the court **[NOTE: INCLUDE OSB# FOR ANY ATTORNEY LISTED BELOW!]**:

| CREDITOR | ALLOWED |
|---|---:|
| **COURT COSTS** | **0.00** |
| **THOMAS A. HUNTSBERGER, TRUSTEE FEE** | **616.35** |
| **THOMAS A. HUNTSBERGER, TRUSTEE EXPENSE** | **6.00** |

IT IS FURTHER ORDERED that the trustee pay the claims allowed against the estate, pursuant to 11 U.S.C. §726, from the balance of estate assets, and thereafter attach a detailed record of such distribution to the "zero balance" report made on LBF #740.5 (as required by LBR 2015-1).

# # #

740.3 (6/15/05)