UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re ) | |
| ) | Case No. **05-64501-aer7** |
| **SAGGAF, YUSUF H** ) | |
| **SAGGAAF, JENNIFER K** ) | TRUSTEE'S FINAL ACCOUNT |
| ) | |
| ) | [NOTE: To be filed within |
| ) | four months after signing of |
| Debtor(s) ) | the order directing distribution.] |

The trustee certifies under penalty of perjury that:

1. This estate has been fully administered and the account bank balance is $**0.00**.

2. Attached hereto is a detailed report subdivided by claim category showing the claim number, claimant's name and the amount paid each such claimant, including a subtotal for each category and a grand total for all amounts distributed.

3. The following is a summary of all receipts and distributions in this case:

Receipts -

    a.   TOTAL RECEIPTS                                                                    $**3,057.95**

Distributions -

    b.   Trustee Commission (EXCLUDING expenses)             $**616.35**
    c.   Fee for Attorney for Trustee (EXCLUDING expenses)      $**0.00**
    d.   Debtor Attorney Fees                                          $**0.00**
    e.   Secured creditors                                              $**0.00**
    f.   Priority creditors                                              $**0.00**
    g.   Unsecured creditors                                         $**1,844.60**
    h.   Equity Security Distributions                            $**0.00**
    i.   Other Payments including refunds to debtor, AND ALL
         EXPENSES (e.g., court costs; trustee; all attorneys)    $**597.00**

    j.   TOTAL DISTRIBUTIONS (i.e., total of pts. b-i)             $**3,057.95**

4. This case may be closed as I have disposed of all estate property; distributed funds of the estate in accordance with the distribution order and any supplements or amendments thereto, and 11 U.S.C. §726; and filed any necessary unclaimed money reports.

5. On **May 11, 2006,** a copy of this report, with all attachments, was served on the U.S. Trustee. I therefore request I be discharged and paid in compliance with 11 U.S.C. §330(b).

DATE: **May 11, 2006.**                                       /s/ **Thomas A. Huntsberger**
                                                                                                  Trustee

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-64501 -AER | Trustee Name: | THOMAS A. HUNTSBERGER |
|---|---|---|---|
| Case Name: | SAGGAF, YUSUF H | Bank Name: | UNION BANK OF CALIFORNIA |
| | SAGGAAF, JENNIFER K | Account Number / CD #: | *******8588  Interest earning MMA Account |
| Taxpayer ID No: | *******4771 | | |
| For Period Ending: | 05/10/06 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/29/05 | 10 | Oregon Department of Revenue | 2004 state income tax refund | 1124-000 | 2,641.05 | | 2,641.05 |
| 10/06/05 | 000301 | Yusef and Jennifer Saggaf<br>6770 E Street<br>Springfield OR 97478 | Exempt portion of 2004 tax refund | 8100-002 | | 591.00 | 2,050.05 |
| 10/31/05 | INT | UNION BANK OF CALIFORNIA | Interest Rate  0.300 | 1270-000 | 0.51 | | 2,050.56 |
| 11/14/05 | 15 | Donald R. Slayton<br>Lawyers Trust Account | settlement  re: garnishment | 1241-000 | 412.59 | | 2,463.15 |
| 11/30/05 | INT | UNION BANK OF CALIFORNIA | Interest Rate  0.400 | 1270-000 | 0.59 | | 2,463.74 |
| 12/30/05 | INT | UNION BANK OF CALIFORNIA | Interest Rate  0.400 | 1270-000 | 0.81 | | 2,464.55 |
| 01/31/06 | INT | UNION BANK OF CALIFORNIA | Interest Rate  0.400 | 1270-000 | 0.86 | | 2,465.41 |
| 02/28/06 | INT | UNION BANK OF CALIFORNIA | Interest Rate  0.400 | 1270-002 | 0.76 | | 2,466.17 |
| 03/30/06 | INT | UNION BANK OF CALIFORNIA | INTEREST REC'D FROM BANK | 1270-002 | 0.78 | | 2,466.95 |
| 03/30/06 | | Transfer to Acct #*******9762 | Final Posting Transfer | 9999-000 | | 2,466.95 | 0.00 |

# FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| | |
|---|---|
| Case No: | 05-64501 -AER |
| Case Name: | SAGGAF, YUSUF H |
| | SAGGAAF, JENNIFER K |
| Taxpayer ID No: | *******4771 |
| For Period Ending: | 05/10/06 |

| | |
|---|---|
| Trustee Name: | THOMAS A. HUNTSBERGER |
| Bank Name: | UNION BANK OF CALIFORNIA |
| Account Number / CD #: | *******9762 UBOC-GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 2,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/30/06 | | Transfer from Acct #*******8588 | Transfer In From MMA Account | 9999-000 | 2,466.95 | | 2,466.95 |
| 04/03/06 | 003001 | THOMAS A. HUNTSBERGER, TRUSTEE<br>870 WEST CENTENNIAL BLVD<br>SPRINGFIELD, OR 97477 | Chapter 7 Compensation/Fees | 2100-000 | | 616.35 | 1,850.60 |
| 04/03/06 | 003002 | THOMAS A. HUNTSBERGER, TRUSTEE<br>870 WEST CENTENNIAL BLVD<br>SPRINGFIELD, OR 97477 | Chapter 7 Expenses | 2200-000 | | 6.00 | 1,844.60 |
| 04/03/06 | 003003 | FMCC<br>c/o Chelsea S Lewandowski<br>1100 SW 6th Ave #1507<br>Portland OR 97204 | Claim 000001, Payment 5.23372% | 7100-000 | | 354.77 | 1,489.83 |
| 04/03/06 | 003004 | Reliant Financial Corporation<br>c/o Gery Veum, RA<br>1700 Valley River Drive, Suite 300<br>Eugene, OR 97401 | Claim 000002, Payment 5.23392% | 7100-000 | | 97.32 | 1,392.51 |
| 04/03/06 | 003005 | FDS Bank/Bon-Macys<br>c/o TSYS Debt Mgmt Inc<br>POB 137<br>Columbus GA 31902-0137 | Claim 000003, Payment 5.23401% | 7100-000 | | 8.60 | 1,383.91 |
| 04/03/06 | 003006 | Direct Loan Servicing Center<br>POB 5609<br>Greenville TX 75403-5609 | Claim 000004, Payment 5.23367% | 7100-000 | | 1,031.68 | 352.23 |
| 04/03/06 | 003007 | Professional Credit Svc<br>POB 7548<br>Eugene OR 97401-0039 | Claim 000005, Payment 5.23404% | 7100-000 | | 7.38 | 344.85 |
| 04/03/06 | 003008 | State Farm Fire and Casualty Company<br>c/o Donald R. Slayton, Esquire<br>142 East 8th Avenue<br>Eugene, OR 97401 | Claim 000006, Payment 5.23366% | 7100-000 | | 344.85 | 0.00 |

**Total Of All Accounts**    **0.00**

Claims Distribution
## CLAIMS DISTRIBUTION REGISTER

Case Number: 05-64501  
Debtor Name: SAGGAF, YUSUF H  

Page 1  
Claim Class Sequence  

Date: May 10, 2006

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | FMCC c/o Chelsea S Lewandowski 1100 SW 6th Ave #1507 Portland OR 97204 | Unsecured | Filed 10/26/05  2130889762  04/03/06  3003 | $6,778.54 | $354.77  354.77 | $6,423.77 |
| 000002 070 7100-00 | Reliant Financial Corporation c/o Gery Veum, RA 1700 Valley River Drive, Suite 300 Eugene, OR 97401 | Unsecured | Filed 11/14/05 claim filed as priority - object to priority - ok as unsecured  2130889762  04/03/06  3004 | $1,859.41 | $97.32  97.32 | $1,762.09 |
| 000003 070 7100-00 | FDS Bank/Bon-Macys c/o TSYS Debt Mgmt Inc POB 137 Columbus GA 31902-0137 | Unsecured | Filed 11/14/05  2130889762  04/03/06  3005 | $164.31 | $8.60  8.60 | $155.71 |
| 000004 070 7100-00 | Direct Loan Servicing Center POB 5609 Greenville TX 75403-5609 | Unsecured | Filed 12/02/05  2130889762  04/03/06  3006 | $19,712.36 | $1,031.68  1,031.68 | $18,680.68 |
| 000005 070 7100-00 | Professional Credit Svc POB 7548 Eugene OR 97401-0039 | Unsecured | Filed 12/13/05  2130889762  04/03/06  3007 | $141.00 | $7.38  7.38 | $133.62 |
| 000006 070 7100-00 | State Farm Fire and Casualty Company c/o Donald R. Slayton, Esquire 142 East 8th Avenue Eugene, OR 97401 | Unsecured | Filed 12/30/05  2130889762  04/03/06  3008 | $6,589.08 | $344.85  344.85 | $6,244.23 |
| | Subtotal for Class Unsecured | | | $35,244.70 | $1,844.60 | $33,400.10 |
| | Case Totals: | | | $35,244.70 | $1,844.60 | $33,400.10 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type